1  Law Offices of M. Cris Armenta
   M. Cris Armenta (#177403)
2  555 West Fifth Street
   Thirty-First Floor
3  Los Angeles, California 90013
   (213) 996-8354 telephone
4  (213) 996-8355 facsimile

5  Attorney for Defendants
   Epione Cosmetic Laser Centers,
6  Simak Ourian, M.D.

```
              FILED
     CLERK, U.S. DISTRICT COURT
           DEC 10 1999
     CENTRAL DISTRICT OF CALIFORNIA
     BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TOBINICK, M.D., an individual, EDWARD LEWIS TOBINICK, M.D., a medical corporation, doing business as Institute of Laser Medicine,<br><br>Plaintiff,<br><br>vs.<br><br>EPIONE COSMETIC LASER CENTERS, a medical corporation; and SIMAK OURIAN, M.D, an individual,<br><br>Defendants. | CASE NO. CV 98-9479 RAP (AJWx)<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO CONDUCT LIMITED DISCOVERY AS TO ALLEGATION OF VIOLATION OF STIPULATED INJUNCTION, [OR IN THE ALTERNATIVE, FOR PERMISSION TO CROSS-EXAMINE DECLARANTS AT HEARING]<br><br>[Filed with Proposed Order Granting Leave to Take Limited Discovery as to Allegation of Violation of Stipulated Injunction] |

The Court has read and considered the *ex parte* application of Defendants' for leave to conduct limited discovery, as well as any opposition thereto. The Court hereby grants:

( ) Leave for Defendants to conduct limited depositions of the following individuals or entities: (a) Linda Schmidt; (b) Betti Gonzales; (c) Arthur Tobinick; (d) Adam Dawson; (e) deposition of any other persons knowledge on the subject of the alleged telephone calls or representations that Dr. Ourian is board-certified in a particular specialty; (f) third party depositions (business

PAGE 1
PROPOSED ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO CONDUCT LIMITED DISCOVERY

1  ~~records only) for telephone records, or any other documents or tangible items~~
2  ~~evidencing the alleged telephone calls.~~  Each deposition shall be limited to two
3  hours.
4  ( ) ~~Leave for Defendants to cross-examine the declarants Linda Schmidt, Betti~~
5  ~~Gonzales and Arthur Tobinick at the hearing on the Final Injunction on~~
6  ~~Consent.~~
7  IT IS SO ORDERED.
8  DATED: DEC - 9 1999

__RICHARD A. PAEZ__
Hon. Richard A. Paez
United States District Court Judge

PRESENTED BY:

Attorney for Defendants
Epione Laser Cosmetic
Centers, Inc.; and Simak
Ourian, M.D.

Law Offices of M. Cris Armenta

By: _M. Cris Armenta_
      M. Cris Armenta

*On the Court's own motion the hearing on plaintiff's motion is continued to January 11, 2000 at 9:00 a.m. The filing date for the depositions shall be adjusted accordingly. RAP*

PAGE 2
PROPOSED ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO CONDUCT LIMITED DISCOVERY